

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00493-CV

| | | |
|---|---|---|
| BRYAN RIGG, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-342494-23) |
| V. | | |
| | § | August 14, 2025 |
| JOSHUA HICKSON AND MACY HOLLIS, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Joshua Hickson and Macy Hollis must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr